UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY STAFFORD,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>Defendants. | Case No. 23-cv-06401-RS<br><br>**ORDER FOR REASSIGNMENT** |

The parties having filed written consents to the jurisdiction of a magistrate judge, this matter shall be reassigned to a randomly selected magistrate judge.

**IT IS SO ORDERED**.

Dated: February 6, 2024

_____
RICHARD SEEBORG
Chief United States District Judge